DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARCOS K. DASILVA AND WILLIAM
COMTOIS,

Appellants,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee, in
trust for the registered certificateholders of First Franklin Mortgage
Loan Trust 2006-FF8, asset-backed certificates, series 2006-FF;
AMERICAN EXPRESS NATIONAL BANKS, successor by merger to
American Express Bank, FSB; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; ANY AND ALL UNKNOWN
PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE
HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT
KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN
PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS,
DEVISEES, GRANTEES, OR OTHER CLAIMANTS; UNKNOWN
PARTY # 1; UNKNOWN PARTY # 2; UNKNOWN PARTY # 3; AND
UNKNOWN PARTY # 4 THE NAMES BEING FICTITIOUS TO
ACCOUNT FOR PARTIES IN POSSESSION,

Appellees.

No. 2D20-1024

_____

September 15, 2021

Appeal from the Circuit Court for Lee County; Jack R. Thompson,
Judge.

James R. Ackley of Law Offices of James R. Ackley, P.A., West Palm Beach, for Appellants.

Allison Morat of Bitman, O'Brien & Morat PLLC, Lake Mary, for Appellee Deutsche Bank National Trust Company, as trustee, in trust for the registered certificateholders of First Franklin Mortgage Loan Trust 2006-FF8, asset-backed certificates, series 2006-FF8.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.